FILED
3/25/2021
Clerk, U.S. District Court
District of Montana
Missoula Division

**TARA J. ELLIOTT**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: tara.elliott@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESTINEE RAYNE HARDESTY and KATHLEEN MARIE HAAS,<br><br>Defendants. | CR 21-12-M-DLC<br><br>INDICTMENT<br><br>**CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>Title 21 U.S.C. § 846 (Count I)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release.)<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Count II)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

On or about March 21, 2020, at Kalispell and within Flathead County, in the State and District of Montana, and elsewhere, the defendants, DESTINEE RAYNE HARDESTY and KATHLEEN MARIE HAAS, knowingly and unlawfully conspired with each other, and others both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

On or about March 21, 2020, at Kalispell and within Flathead County, in the State and District of Montana, and elsewhere, the defendants, DESTINEE RAYNE HARDESTY and KATHLEEN MARIE HAAS, knowingly and unlawfully possessed with the intent to distribute, 50 grams or more of actual

//

//

//

//

//

//

methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C § 2.



Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

(for) _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: 4/21/21 @ 10:00 a.m. w/ KLD
Warrant: _____