UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESTINEE RAYNE HARDESTY,<br><br>Defendant. | FINDINGS AND RECOMMENDATION CONCERNING PLEA<br><br>Case Number: CR-21-12-M-DLC |

The Defendant, by consent, has appeared before me pursuant to Federal Rule, Fed. R. Crim. P. 11, and has entered a plea of guilty to one count of conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §846, as set forth in the Superseding Information. After examining the defendant under oath, the Court determined that the plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands her constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a plea was entered contained each of the essential elements of the offense. I recommend that the Defendant be adjudged guilty and that sentence be imposed. A presentence report has been ordered.

DATED this 22nd day of March, 2022.

John Johnston,
United States Magistrate Judge

## NOTICE

Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).